UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 07-50003-01-AWB |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER GRANTING MOTION TO CONTINUE** |
| WILBERTA MEANS, | ) ) | |
| Defendant. | ) ) | |

Defendant in the above-captioned case has filed a motion to continue the trial date 30 days as well as a waiver of her speedy trial rights. Docket 165, 166. Defense counsel states that she seeks the continuance to permit more time to investigate issues raised by the Defendant and to prepare for trial. The Government does not object to a continuance. While this indictment is almost two years old, and the Court has a strong interest in resolving this case in light of that fact, the Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant in a speedy trial. Based on the foregoing, it is therefore

ORDERED that Defendant's motion is granted. The following deadlines shall apply:

| | |
|---|---|
| Suppression/voluntariness motions | January 27, 2009 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | January 27, 2009 |

| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, shall be held before February 10, 2009 |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | February 17, 2009 |
| Other motions | February 24, 2009 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | February 24, 2009 |
| Plea agreement or petition to plead and statement of factual basis | February 24, 2009 |
| Notify court of status of case | February 24, 2009 |
| Motions in limine | March 3, 2009 |
| Proposed jury instructions due | March 3, 2009 |
| Jury trial | Tuesday, March 10, 2009, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence.  18 U.S.C. § 3161(h)(8)(A).

All other provisions of the court's standing order remain in effect unless specifically changed herein.

Dated December 30, 2008.

BY THE COURT:

/s/ Andrew W. Bogue
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE

2